**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWIN J. HUTCHISON,

        Plaintiff,

  v.

JOHN MARSHALL, et al.,

        Defendants.

_____/

No. C 09-00068 CW (PR)

ORDER GRANTING PLAINTIFF
EXTENSION OF TIME TO FILE
COPIES OF CERTIFICATE OF FUNDS
AND PRISONER TRUST ACCOUNT
STATEMENT

    Plaintiff, a state prisoner, filed this pro se civil rights action under 42 U.S.C. § 1983.  On that same date, the Clerk of the Court sent Plaintiff a notice directing him to pay the filing fee or to file a completed in forma pauperis (IFP) application. Plaintiff filed a completed IFP application; however, he did not file copies of his Certificate of Funds and prisoner trust account statement.

    The Court ordered Plaintiff to file copies of his Certificate of Funds and prisoner trust account statement; however, these documents are presently overdue.

    Plaintiff has filed a request for an extension of time to file copies of his Certificate of Funds and prisoner trust account statement.  Having read and considered Plaintiff's request, and good cause appearing,

**United States District Court**
For the Northern District of California

1    IT IS HEREBY ORDERED that Plaintiff's request for an extension

2  of time is GRANTED.  The time in which Plaintiff may file copies of

3  his Certificate of Funds and prisoner trust account statement will

4  be extended up to and including <u>thirty (30) days</u> from the date of

5  this Order.

6    <u>Failure to file copies of his Certificate of Funds and</u>

7  <u>prisoner trust account statement as ordered herein by the thirty-</u>

8  <u>day deadline shall result in the dismissal of this action without</u>

9  <u>prejudice.</u>

10    IT IS SO ORDERED.

11  Dated:  3/13/09

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

EDWIN J. HUTCHISON,

           Plaintiff,

  v.

JOHN MARSHALL et al,

           Defendant.

                                    /

Case Number: CV09-00068 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 13, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Edwin Jay Hutchison P-68859
CW-#304L
California Training Facility - Central
P.O. Box 689
Soledad,  CA 93960

Dated: March 13, 2009

                                 Richard W. Wieking, Clerk
                                 By: Sheilah Cahill, Deputy Clerk

**United States District Court**
For the Northern District of California

3